# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:14-cr-231-DPM-3

ERIC MAGANA             DEFENDANT

## ORDER

Motion, *Doc. 168*, granted. The Indictment is dismissed without prejudice as to Eric Magana.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2020